IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURA PARDE, RACHEL DELAGUILA and JEROME WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>MAGAZINES.COM, LLC,<br><br>Defendant. | NO. 3:18-cv-01307<br>JUDGE RICHARDSON |

## ORDER

Plaintiffs have filed a Voluntary Notice of Dismissal (Doc. No. 19). This Notice was filed before Defendant had served either an answer or a motion for summary judgment and, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice of Dismissal sufficed to dismiss this action without any action on the part of the Court. The Notice does not state that the dismissal is with prejudice. Therefore, pursuant to Rule 41(a)(1)(B), the dismissal is without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE